# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| SCOTT BASham and ANGELA BASHAM, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) | No. 4:07MC468 CDP |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. This case was docketed as a miscellaneous case. Upon review, the Court finds that this case should be filed on the Court's civil docket. As a result, the Court will direct the Clerk to assign a civil case number to this case. Additionally, the Court will order plaintiffs to pay the entire civil filing fee of $350, minus the $39 miscellaneous case filing fee they have already paid.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall assign a civil case number to this case.

**IT IS FURTHER ORDERED** that plaintiffs shall pay $311 to the Clerk of Court no later than **September 27, 2007**.

Dated this 13th day of September, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE